IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HOUSTON BAPTIST UNIVERSITY, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 09-3914 |
| | § | |
| ACE AMERICAN INSURANCE CO. and | § | |
| YORK CLAIMS SERVICE, INC., | § | JURY |
| | § | |
| *Defendants*. | § | |

## STIPULATION OF DISMISSAL

Plaintiff HOUSTON BAPTIST UNIVERSITY and Defendants ACE AMERICAN INSURANCE CO. and YORK CLAIMS SERVICE, INC. file this Stipulation of Dismissal under Federal Rule of Civil Procedure 41(a)(1)(ii).

1. The parties have reached a settlement, and the parties, therefore, move to dismiss all claims against all parties with prejudice.

2. Plaintiff and Defendants are all of the parties who have appeared in this action.

3. This case is not a class action, and a receiver has not been appointed.

4. This action is not governed by any statute of the United States that requires an order of the Court for dismissal.

5. None of the parties has previously dismissed an action based on or including the same claims as those presented in this suit.

6. This dismissal is with prejudice.

7. All parties waive any and all fees and costs incurred in defending or prosecuting this action.

2

Respectfully Submitted,

**COZEN O'CONNOR**

*/s/ Joseph A. Ziemianski*
_____

Joseph A. Ziemianski
Attorney-in-Charge
Texas State Bar No. 00797732
Southern District of Texas Bar No. 25915

OF COUNSEL:

Gregory S. Hudson
S.D. Texas Bar No. 19006
State Bar No. 00790929
E-mail: ghudson@cozen.com

Tyler D. Henkel
S. D. Texas Bar No. 869678
Texas State Bar No. 24059923
E-mail: thenkel@cozen.com

COZEN O'CONNOR
One Houston Center
1221 McKinney Street
Suite 2900
Houston, Texas 77010
Telephone: (832) 214-3900
Telecopier: (832) 214-3905

ATTORNEYS FOR DEFENDANTS,
ACE AMERICAN INSURANCE CO.
AND YORK CLAIMS SERVICE, INC.

3

                **MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.P.**

*/s/ Christopher W. Martin* *(Signed by permission)*
_____
Christopher W. Martin
Texas State Bar No. 13057620
Southern District of Texas Bar No. 13515

OF COUNSEL:

MARTIN, DISIERE, JEFFERSON &
WISDOM, L.L.P.
808Travis, Suite 1800
Houston, Texas 77002
Telephone: (713) 632-1700
Telecopier: (713) 222-0101

ATTORNEY FOR PLAINTIFF,
HOUSTON BAPTIST UNIVERSITY

## CERTIFICATE OF SERVICE

     I certify that a true copy of this document was served on all counsel of record through the Court's electronic filing system on March 7, 2011.

*/s/ Joseph A. Ziemianski*
_____
Joseph A. Ziemianski