UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HOUSTON BAPTIST UNIVERSITY, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION H-09-3914 |
| | § | |
| ACE AMERICAN INSURANCE COMPANY, *et al.*, | § | |
| | § | |
| *Defendants*. | § | |

## Order

The stipulation of dismissal (Dkt. 65) is GRANTED.  It is therefore ORDERED that all claims and causes of action in the above matter are DISMISSED with prejudice.

Signed at Houston, Texas on March 10, 2011.

_____
Gray H. Miller
United States District Judge